Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Mark J. Dunham (Husband) appeals from the judgment denying his motion to amend judgment or for new trial. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**Janette L. DUNHAM, Respondent,**

·v.

**Mark J. DUNHAM, Appellant.**

**No. ED 97998.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 4, 2012.

Jeffrey Paul Medler, David Alan Roither, Co–Counsel, Clayton, MO, for Appellant.

Christopher Karlen, Growe, Eisen, Karlen, LLC, Clayton, MO, for Respondent.